IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )            4:07CR3046
      v.                     )
                             )
AMADEO CAMACHO,              )
                             )               ORDER
            Defendant.       )
                             )

IT IS ORDERED:

Defendant's unopposed oral motion to continue the suppression hearing is granted and the hearing is continued from June 1 to June 4, 2007 at 1:30 p.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present for the hearing.

DATED this 16th day of May, 2007.


                        BY THE COURT:


                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge