IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
                 Plaintiff,    )
                               )        4:07CR3046
          v.                   )
                               )
AMADEO CAMACHO,                )
                               )             ORDER
                 Defendant.    )
                               )

        IT IS ORDERED:

        Defendant's unopposed oral motion to continue the
suppression hearing is granted and the hearing is continued from
June 4 to June 18, 2007 at 1:30 p.m. before the undersigned in
Courtroom 2, United States Courthouse and Federal Building,
100 Centennial Mall North, Lincoln, Nebraska.

        Defendant shall be present for the hearing.

        DATED this 31st day of May, 2007.

                        BY THE COURT:

                        s/ David L. Piester
                        David L. Piester
                        United States Magistrate Judge