IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3046 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| AMADEO CAMACHO, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)    The government's motion to continue sentencing (filing 44) is granted.

(2)    The defendant's sentencing is continued to Thursday, November 15, 2007, at 1:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present unless excused by the court.

October 18, 2007.            BY THE COURT:

                             s/ *Richard G. Kopf*
                             United States District Judge